UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE ARBITRAGE FUND and HENRIETTA
FITAKAS, Individually and On Behalf of All
Others Similarly Situated,

                    PlaintiffS,

     -against-

COLUMBIA PIPELINE GROUP.; INC.,
ROBERT C. SKAGGS, JR.; STEPHEN P.
SMITH; GLEN L. KETTERING; SIGMUND L.
CORNELIUS; MARTY K. KITTRELL; W. LEE
NUTTER; DEBORAH S. PARKER; LESTER P.
SILVERMAN; and TERESA A. TAYLOR;

                    Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2019

18 **CIVIL** 3670 GBD)
18 **CIVIL** 7127 GBD)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 26, 2019, and the Order dated November 1, 2019, Defendants' motion to dismiss, (ECF No. 42), is granted; and the above-captioned actions are dismissed.

**Dated:** New York, New York
        November 8, 2019

.

                                    RUBY J. KRAJICK
                                    Clerk of Court
                BY:
                                    Deputy Clerk

                              THIS DOCUMENT WAS ENTERED
                              ON THE DOCKET ON 11/8/2019